UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE THE APPLICATION OF THE : MISC. CASE NO. ~~3:14mj240(WIG)~~
UNITED STATES OF AMERICA FOR :
SEARCH WARRANTS IN U.S. V. :
MOZAFFAR KHAZAEE : DECEMBER 21, 2017

FILED 2017 DEC 27 P 12: 56
US DISTRICT COURT
BRIDGEPORT CT

3:19 mJ 151 (WIG)
3:19 mJ 159 (WIG)
3:19 mJ 163 (WIG)

**MOTION TO UNSEAL**

The United States of America, by John H. Durham, United States Attorney for the District of Connecticut, by Stephen B. Reynolds, Assistant United States Attorney, moves the Court for an order unsealing the search warrant, search warrant application and affidavit for this matter. The prosecution in this case has concluded, and the case is now closed.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s/ Stephen B. Reynolds*

STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar. No. ct19105
United States Attorney's Office
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604
(203) 696-3000 / (203) 579-5575 (Fax)
Stephen.Reynolds@usdoj.gov

The foregoing Motion is hereby GRANTED/DENIED this 16th day Jan, 2019

/s/ William I. Garfinkel
WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE

US DISTRICT COURT BRIDGEPORT CT
2019 JAN 16 A 9: 38
FILED